# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 09-221V
**Filed: January 8, 2016**

```
* * * * * * * * * * * * * * * *
D.B.,                          *         UNPUBLISHED
                               *
            Petitioner,        *         Special Master Hamilton-Fieldman
                               *
v.                             *         Attorneys' Fees and Costs;
                               *         Reasonable Amount Requested to
SECRETARY OF HEALTH            *         Which Respondent Does Not Object.
AND HUMAN SERVICES,            *
                               *
            Respondent.        *
* * * * * * * * * * * * * * * *
```

Diane C. Cooper, Bruce G. Clark & Associates, P.C., for Petitioner.
Alexis Babcock, United States Department of Justice, Washington, D.C., for Respondent.

## DECISION[1]

On April 14, 2009, D.B. ("Petitioner") filed a petition pursuant to the National Vaccine Injury Compensation Program.[2]  42 U.S.C. §§ 300aa-1 to -34 (2006).  On January 9, 2014, the undersigned issued a decision dismissing the petition, and on January 14, 2014, judgment entered on the dismissal.

On January 12, 2015, the above captioned-counsel entered her appearance on behalf of Petitioner, and on January 13, 2015, Petitioner filed a motion to vacate the judgment.  The undersigned denied Petitioner's motion on September 4, 2015.

On December 21, 2015, the parties filed a Stipulation of Facts Regarding Final Attorneys' Fees and Costs.  Pursuant to their Stipulation, the parties have agreed to an award of $14,000.00 in attorneys' fees and costs.  In accordance with General Order Number 9, the parties represent that Petitioner has not personally incurred any costs during the time that Ms. Cooper has represented her.

---

[1] This decision was originally filed on December 21, 2015.  In the reissued decision, Petitioner's name is, at her request, replaced with her initials; the remainder of the decision is unchanged.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2012) (Vaccine Act or the Act).  All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

The undersigned finds that the motion to vacate judgment was brought in good faith and that there existed a reasonable basis for filing it. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, the undersigned hereby awards the amount of $14,000.00, in the form of a check made payable jointly to Petitioner and Petitioner's counsel, Diane C. Cooper, of the law firm of Bruce G. Clark & Associates, P.C.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

s/ Lisa Hamilton-Fieldman
Lisa Hamilton-Fieldman
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.